IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PUBLIX SUPER MARKETS, INC AND PUBLIX RISK MANAGEMENT,

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Appellants,

CASE NO. 1D14-2323

v.

ERIC SHIVELY,

Appellee.

_____/

Opinion filed October 1, 2015.

An appeal from an order of the Judge of Compensation Claims.
Kathryn S. Pecko, Judge.

Date of Accident: June 22, 2011.

Michael Brown of the Law Offices of Steinberg & Brown, Fort Lauderdale, for Appellants.

Jane-Robin Wender of Wender, Hedler, Hessen, P.A., West Palm Beach, for Appellee.


PER CURIAM.

AFFIRMED.


LEWIS, MARSTILLER, and OSTERHAUS, JJ., CONCUR.